IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EVERETT WELCH,

    Plaintiff,                      No. 2:11-cv-0035 KJN P

    vs.

M. MARTEL, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

////

////

////

////

////

1

1    In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall
2 submit, within thirty days from the date of this order, a certified copy of his prison trust account
3 statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's
4 failure to comply with this order will result in a recommendation that this action be dismissed
5 without prejudice.
6 DATED:  January 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

welc0035.3cnew